IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHANIEL BRABHAM,<br>    Plaintiff | :<br>: |
| | :     CIVIL NO. 3:15-CV-0266 |
| v. | : |
| | :     (JUDGE NEALON) |
| DISTRICT MAGISTRATE<br>RICHARD L. DAVIS, ET AL.,<br>    Defendant | :<br>:     (MAGISTRATE JUDGE CARLSON)<br>: |

## ORDER

**NOW, THIS 13TH DAY OF AUGUST, 2015**, for the reasons stated in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's objections to the Report and Recommendation, (Doc. 19), are **OVERRULED**;

2. The Report and Recommendation, (Doc. 18), is **ADOPTED**;

3. Plaintiff's second amended complaint, (Doc. 15), is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is directed to **CLOSE** this case.

                                                   /s/ William J. Nealon
                                                   **United States District Judge**